AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

─── OFFENSE CHARGED ───

Count One: 15 U.S.C. §1 - Bid Rigging
Count Two: 18 U.S.C. §1349 - Conspiracy to Commit Mail Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum Terms for count 1: (1) 10 years prison; (2) fine of $1 million; (3) 3 years supervised release; (4) $200 special assessment; and (5) Restitution. Maximum Terms for Count 2: (1) 30 years prison; (2) fine of $1 million; (3) 5 years supervised release; (4) $200 special assessment; and (5) Restitution

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

─── DEFENDANT - U.S ───

▶ Danli Liu

DISTRICT COURT NUMBER

**CR12-00611 PJH**

FILED
AUG 15 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY    ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Lidia Maher, Dept of Justice

☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction          ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
_____

Date/Time: _____    Before Judge: _____

Comments:

## PENALTY SHEET

Individual:   Danli Liu

15 U.S.C. § 1 – Bid Rigging (Count 1)
Maximum Penalties:
1. A term of imprisonment of 10 years
2. A fine of $1 million, or two times the gross gain or loss, whichever is greater
3. A period of supervised release of not more than 3 years
4. $100 special assessment per count ($100)
5. Restitution

18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud (Count 2)
Maximum Penalties:
1. A term of imprisonment of 30 years
2. A fine of $1 million
3. A period of supervised release of not more than 5 years
4. $100 special assessment per count ($100)
5. Restitution

JEANE HAMILTON (CSBN 157834)
ALBERT B. SAMBAT (CSBN 236472)
DAVID J. WARD (CSBN 239504)
CHRISTINA M. WHEELER (CSBN 203395)
MANISH KUMAR (CSBN 269493)
MICAH L. WYATT (CSBN 267465)
LIDIA MAHER (CSBN 222253)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
lidia.maher@usdoj.gov
Telephone: (415) 436-6660

Attorneys for the United States

FILED
AUG 15 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA

v.

DANLI LIU,

  Defendant.

) Criminal No. CR12-00611 PJH
)
) **INFORMATION**
)
) VIOLATIONS: 15 U.S.C. § 1 –
) Bid Rigging (Count One);
) 18 U.S.C. § 1349 – Conspiracy to
) Commit Mail Fraud (Count Two)
)
)
)
)
)

The United States of America, acting through its attorneys, charges:

DANLI LIU,

the defendant herein, as follows:

### BACKGROUND

1. At all times relevant to this Information, when California homeowners defaulted on their mortgages, mortgage holders could institute foreclosure proceedings and sell the properties through non-judicial public real estate foreclosure auctions ("public auctions"). These

INFORMATION – DANLI LIU – 1

public auctions were governed by California Civil Code, Section 2924, *et seq.* Typically, a trustee was appointed to oversee the public auctions. These public auctions usually took place at or near the courthouse of the county in which the properties were located. The auctioneer, acting on behalf of the trustee, sold the property to the bidder offering the highest purchase price. Proceeds from the sale were then used to pay the mortgage holders, other holders of debt secured by the property, and, in some cases, the defaulting homeowner (collectively, "beneficiaries").

COUNT ONE:  15 U.S.C. § 1 – Bid Rigging (Alameda County)

## THE COMBINATION AND CONSPIRACY

2.  Beginning as early as April 2009 and continuing until in or about March 2010, the defendant DANLI LIU and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition by rigging bids to obtain selected properties offered at public auctions in Alameda County in the Northern District of California, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

3.  The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendant and her co-conspirators to suppress competition by agreeing to refrain from or stop bidding against each other to purchase selected properties at public auctions in Alameda County at non-competitive prices.

4.  For the purpose of forming and carrying out the charged combination and conspiracy, the defendant and her co-conspirators did those things that they combined and conspired to do, including, among other things:

   a.  agreeing not to compete to purchase selected properties at public auctions in Alameda County;

   b.  designating which conspirator would win the selected properties at the public auctions for the group of conspirators; and

   c.  refraining from or stopping bidding for the selected properties at the public auctions.

///

INFORMATION – DANLI LIU – 2

5.  Various entities and individuals, not made defendants in this Count, participated as conspirators in the offense charged and performed acts and made statements in furtherance thereof.

## TRADE AND COMMERCE

6.  During the period covered by this Information, the business activities of the defendant and her co-conspirators that are the subject of this Information were within the flow of, and substantially affected, interstate trade and commerce. For example, beneficiaries located in states other than California received proceeds from the public auctions that were subject to the bid-rigging conspiracy.

## JURISDICTION AND VENUE

7.  The combination and conspiracy charged in this Information was carried out, in part, in the Northern District of California, within the five years preceding the filing of this Information.

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

COUNT TWO: 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud (Alameda County)

## THE CONSPIRACY

8.  Beginning as early as April 2009 and continuing until in or about March 2010 in Alameda County in the Northern District of California, the defendant DANLI LIU and her co-conspirators did willfully and knowingly combine, conspire, and agree with each other to violate Title 18, United States Code, Section 1341, namely, to knowingly devise and intend to devise and participate in a scheme and artifice to defraud beneficiaries, and to obtain money and property from beneficiaries by means of materially false and fraudulent pretenses, representations, and promises.

9.  The objects of the conspiracy were to fraudulently acquire title to selected properties sold at public auctions in Alameda County, to make and receive payoffs, and to divert money to conspirators that would have gone to the beneficiaries.

10. Various entities and individuals, not made defendants in this Count, participated as co-conspirators in the offense charged and performed acts and made statements in furtherance

INFORMATION – DANLI LIU – 3

thereof.

## MEANS AND METHODS

11. For the purpose of forming and carrying out the charged conspiracy, the defendant and her co-conspirators did those things that they conspired to do, including, among other things:

    a. purchasing selected properties at public auctions at suppressed prices;

    b. in some instances, negotiating payoffs with one or more conspirators not to compete;

    c. in many other instances, holding second, private auctions at or near the courthouse steps where the public auctions were held, frequently referred to as "rounds," open only to members of the conspiracy, to bid for title to the selected properties;

    d. awarding the selected properties to the conspirators who submitted the highest bids at the second, private auctions;

    e. transferring the right to title to the selected properties into the names of the conspirators who submitted the highest bids at the second, private auctions;

    f. paying conspirators monies that otherwise would have gone to beneficiaries, using either a predetermined formula based on the bidding at the second, private auction or through direct negotiations among the conspirators;

    g. taking steps to conceal the fact that monies were diverted from the beneficiaries to the conspirators;

    h. making and causing to be made materially false and misleading statements on records of public auctions that trustees relied upon to distribute proceeds from the public auction to the beneficiaries and convey title to properties sold at the public auction; and

    i. causing the suppressed purchase price to be reported and paid to the beneficiaries.

12. For the purpose of executing the scheme and artifice to defraud and attempting to do so, the defendant and her co-conspirators knowingly used and caused to be used the United States Postal Service and private or commercial interstate carriers. For example, trustees used

INFORMATION – DANLI LIU – 4

the United States mail and private or commercial interstate carriers to transmit the Trustee's Deeds Upon Sale and other title documents to participants in the conspiracy. These mailings were foreseeable to the defendant in the ordinary course of business.

## JURISDICTION AND VENUE

13. The combination, conspiracy, and agreement to violate Title 18, United States Code, Section 1341 charged in this Information was carried out, in part, in the Northern District of California, within the five years preceding the filing of this Information.

ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1349.

_____
Scott D. Hammond
Deputy Assistant Attorney General

_____
Brian J. Stretch
Attorney for the United States
Acting Under Authority Conferred
by 28 U.S.C. § 515

_____
Phillip H. Warren
Chief, San Francisco Office

_____
Peter K. Huston
Assistant Chief, San Francisco Office

_____
Lidia Maher
David J. Ward
Jeane Hamilton
Albert B. Sambat
Christina M. Wheeler
Manish Kumar
Micah L. Wyatt
Trial Attorneys
U.S. Department of Justice
Antitrust Division

INFORMATION – DANLI LIU – 5