# United States District Court
# Northern District of California

## CRIMINAL COVER SHEET

*FILED AUG 15 2012 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*  — E-filing — PJH

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case. Please place this form on top of the Defendant Information Form.

**Case Name:** USA v. Danli Liu

**Case Number:** CR12-00611

**Total Number of Defendants:**
- 1  X
- 2-7  ___
- 8 or more  ___

**Is This Case Under Seal?**
Yes ___   No  X

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ___   No  X

**Venue (Per Crim. L.R. 18-1):**
SF ___   OAK  X   SJ ___

**Is this a death-penalty-eligible RICO Act gang case?**
Yes ___   No  X

**Assigned AUSA (Lead Attorney):** Lois Maher

**Comments:**

**Date Submitted:** 8/15/12

December 2011

PRINT