UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANLI LIU,<br><br>Defendant. | Case No. 12-cr-00611-PJH-1<br><br>**ORDER DENYING STIPULATION RE PAYMENT OF CRIMINAL MONETARY PENALTIES INTO COURT REGISTRY BEFORE SENTENCING**<br><br>Re: Dkt. No. 36 |
|---|---|

Defendant Danli Liu's stipulated request to deposit funds in the court registry in advance of sentencing for payment of restitution and the special assessment is DENIED for failure to show good cause for the court to hold these funds pending sentencing, and then issue a separate order to apply those funds to defendant's payment obligations. This proposed procedure imposes an unnecessary burden on the court. Absent good cause, the court prefers that defendant be prepared to deposit those funds on the day of sentencing.

**IT IS SO ORDERED.**

Dated: November 29, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge